UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| J.D. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-1867 |
| | ) |
| ANTHONY RICCI and APRIL RICCI, | ) |
| | ) |
| Defendants. | ) |

**Notice of Voluntary Dismissal**

**Without Prejudice**

PLEASE TAKE NOTICE that Plaintiff J.D., by and through his counsel, Mudd Law Offices, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses the above-captioned action *without prejudice* prior to any other party filing an answer or motion for summary judgment.

Dated: Chicago, Illinois  PLAINTIFF,
August 8, 2020  JOHN DOE

s/ Charles L. Mudd Jr.
By: One of His Attorneys
Charles L. Mudd Jr.
MUDD LAW OFFICES
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 Telephone

312.803.1667 Facsimile
Illinois ARDC: 6257957
clm@muddlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that service of this **NOTICE OF VOLUNTARY DISMISSAL** shall be accomplished pursuant to Electronic Case Filing ("ECF") as to ECF Users and shall be sent by First Class Mail to any non-ECF parties having filed appearances listed in the Service List below all on the 8th day of August 2020.

/s/ Charles Lee Mudd Jr.
Charles Lee Mudd Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 Telephone
312.803.1667 Facsimile
clm@muddlaw.com

## SERVICE LIST

All parties in this matter are represented by counsel who are ECF users.